**327**

Isabella FAIRFAX, Appellant, v. Edward J. SCHNUCK et al.

No. 13363.

Circuit Court of Appeals, Eighth Circuit.

Aug. 31, 1946.

George L. Vaughn, of St. Louis, Mo., for appellant.

Harry S. Gleick·and Reardon & Lyng, all of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellees Edward J. Schnuck, Bernice Billings and Lucille Reuther.

George JAMES v. Walter A. HUNTER, Warden.

No. 3387.

Circuit Court of Appeals, Tenth Circuit.

Aug. 15, 1946.

No appearance for either party.

Before PHILLIPS and MURRAH, Circuit Judges.

PER CURIAM.

Application for leave to appeal in forma pauperis denied.

GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. Harry KORTZ (two cases).

Nos. 3366, 3367.

Circuit Court of Appeals, Tenth Circuit.

Sept. 16, 1946.

Lowell White, of Denver, Colo., for appellant.

Samuel S. Ginsberg and Max P. Zall, both of Denver, Colo., for appellee.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

H. C. JONES, Collector of Internal Revenue of the State of Oklahoma, v. H. A. JENSON, Sole Trader, Formerly Doing Business as Star Oil Company.

No. 3377.

Circuit Court of Appeals, Tenth Circuit.

Aug. 28, 1946.

Sewall Key, Acting Asst. Atty. Gen., Department of Justice, and Charles E. Dierker, U. S. Atty., of Oklahoma City, Okl., for appellant.

Spillers & Spillers, of Tulsa, Okl., for appellee.

Before PHILLIPS, Circuit·Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation.